# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:01CR151

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **ERIC LOWERY**, *et al.*, ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's response to the Court's order filed August 5, 2005.

The Government advises that because the case of Defendant Lamar Redfern has been remanded from the Fourth Circuit for resentencing, the destruction of the subject weapon should be delayed until such proceedings are concluded.

**IT IS, THEREFORE, ORDERED** that the Government's request for destruction of the weapon herein is **DENIED** without prejudice to renewal upon completion of the proceedings regarding Defendant Redfern.

**Signed: September 1, 2005**

Lacy H. Thornburg
United States District Judge