# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:01CR151-5-T

USM Number: 17500-058

**LAMAR REDFERN**
(Name of Defendant)

Aaron Michel

Defendant's Attorney

FILED
STATESVILLE, N.C.
FEB 8 2006
U.S. DISTRICT COURT
W. DIST. OF NC

**Date of Original Judgment:** 12/1/2003
(or Date of Last Amended Judgment)

**Reason for Amendment:**

X  Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))

_  Reduction of Sentence for Changed Circumstances (Fed. R. P. 35(b))

_  Correction of Sentence by Sentencing Court (Fed. R. Crim. P.

_  Correction of Sentence for Clerical Mistake (Fed. R. Crim. P.)

_  Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

_  Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

_  Modification of Imposed Term of Imprisonment for Retroactive to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

_  Direct Motion to District Court    _ 28 U.S.C. § 2255 or

_  18 U.S.C. § 3559(c)(7)

_  Modification of Restitution Order 18 U.S.C. § 3664

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

THE DEFENDANT:

_  pleaded guilty to count(s) .
   pleaded nolo contendere to count(s) which was accepted by the court.
X  was found guilty on count(s) 2, 3, 5, 6, 8 & 9 of the second superseding bill of indictment after a plea of not guilty.

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18:2113(d) & 2 | ARMED BANK ROBBERY & AIDING & ABETTING | 6/26/01<br>7/24/01<br>9/24/01 | 2<br>5<br>8 |
| 18:924(c) & 2 | USING, CARRYING AND BRANDISHING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE & AIDING & ABETTING | 6/26/01<br>7/24/01<br>9/24/01 | 3<br>6<br>9 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 reference to Booker, and 128 U.S.C. 3553(a).

X  Court strikes jury verdict in Counts 1, 4 & 7 of the second superseding bill of indictment pursuant to US vs. Perkins.
   The Defendant has been found not guilty on count(s) .
X  The superseding bill of indictment and count 13 of the second superseding bill of indictment are dismissed on the motion of the United States.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: January 30, 2006

Signature of Judicial Officer

Lacy H. Thornburg
United States District Judge

Date: 2-7-06

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>TWELVE (12) MONTHS ON EACH OF COUNTS 2, 5 & 8 TO RUN CONCURRENTLY WITH EACH OTHER; EIGHTY-FOUR (84) MONTHS ON COUNT 3 TO RUN CONSECUTIVELY TO THE TERMS IMPOSED IN COUNTS 2, 5 & 8; THREE HUNDRED (300) MONTHS ON EACH OF COUNTS 6 & 9, TO RUN CONSECUTIVELY TO EACH OTHER AND TO THE TERMS IMPOSED IN COUNTS 2, 3, 5 & 8 FOR A TOTAL OF SIX HUNDRED NINETY-SIX (696) MONTHS.</u>

<u>X</u>  The Court makes the following recommendations to the Bureau of Prisons:

That defendant be evaluated to determine desirability of placement in a mental health treatment program during period of incarceration.
That defendant be allowed to participate in vocational and educational opportunities that may be made available to him while incarcerated.

<u>X</u>  The defendant is remanded to the custody of the United States Marshal.

__  The defendant shall surrender to the United States Marshal for this district:

    __  at ____ on ____.
    __  as notified by the United States Marshal.

__  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    __  before 2 pm on .
    __  as notified by the United States Marshal.
    __  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal

**EXCEPT AS MODIFIED BY THIS AMENDMENT PURSUANT TO THE MANDATE OF THE U. S. COURT OF APPEALS FOR THE FOURTH CIRCUIT THE ORIGINAL JUDGMENT ENTERED IN THIS COURT IS ADOPTED WITHOUT CHANGE.**