UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-cr-151-MOC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LAMAR REDFERN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Stay briefing on Defendant's pro se Motion for Compassionate Release. (Doc. No. 237).

**ORDER**

**IT IS HEREBY, ORDERED** that Defendant's Unopposed Motion to Stay, (Doc. No. 237), is **GRANTED**, and the pending motion is stayed until newly retained pro bono counsel has time to gather and evaluate BOP records, sealed court records, and other materials relevant to Defendant's request for relief, and to supplement Defendant's pending motion.

Signed: July 22, 2021

Max O. Cogburn Jr
United States District Judge