# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:01-cr-151

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) ORDER |
| LAMAR REDFERN, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence Pursuant to First Step Act, and on his counsel's memorandum in support. (Doc. Nos. 204, 243).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: October 18, 2021

Max O. Cogburn Jr.
United States District Judge