# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:01-cr-151

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LAMAR REDFERN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence

Pursuant to First Step Act, and on his counsel's memorandum in support.  (Doc. Nos. 204, 243).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a

response to Defendant's motion.

**This is the second Order ordering the Government to respond. The Government did**

**not respond by the first due date.**

Signed: November 9, 2021

Max O. Cogburn Jr.
United States District Judge